UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:08-cr-174-J-JRK
18 U.S.C. § 13
F.S. § 832.05(2)

GRACIE M. WILSON

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 17, 2003, on land reserved and acquired for the use of the United States, and under the concurrent jurisdiction thereof, namely Naval Air Station Jacksonville, Florida, a place within the special maritime and territorial jurisdiction of the United States, in the Middle District of Florida

GRACIE M. WILSON

the defendant herein, did unlawfully draw, make, utter, issue and deliver to Defense Commissary Agency (DeCA) Jacksonville, Florida, a certain check, draft, and other written order on a bank or depository, for the payment of money or its equivalent, namely check number 6691, in the amount of One-Hundred Thirty Dollars ($130.00), drawn upon the account of GRACIE M. WILSON, at VyStar Credit Union, while knowing that the maker or drawer thereof did not have sufficient funds on deposit in, or credit with the said bank or depository, with which to pay said check upon presentation.

In violation of Title 18, United States Code, Section 13 and Florida Statute Section 832.05(2).

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
CLAY HAHS
Special Assistant United States Attorney

By: *[signature]*
RONALD T. HENRY
Assistant United States Attorney
Chief, Jacksonville Division